# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 17-546 (LPS)(CJB) ) ) |
| COHERUS BIOSCIENCES, INC. | ) ) |
| Defendant. | ) ) ) ) ) |

## NOTICE OF WITHDRAWAL OF MOTION TO STAY

Defendant Coherus Biosciences, Inc. ("Coherus") hereby withdraws its Motion to Stay pending resolution of Motion to Dismiss (D.I. 24). There are no remaining issues related to that Motion for this Court to resolve.

Dated: September 12, 2017

OF COUNSEL:

Bradford P. Lyerla
Louis E. Fogel
Aaron A. Barlow
Chad J. Ray
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350

      /s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Richard K. Herrmann (#405)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendant*
*Coherus Biosciences, Inc.*