IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 17-546 (LPS) (CJB) |
| v. | ) |
| COHERUS BIOSCIENCES, INC. | ) |
| Defendant. | ) |

## FINAL JUDGMENT AND [PROPOSED] ORDER

WHEREAS the Court's Memorandum Order (D.I. 72) dated March 26, 2018, among other things, adopted Magistrate Judge Burke's Report & Recommendation (D.I. 50) to grant Coherus BioSciences, Inc.'s ("Coherus") Motion to Dismiss pursuant to Federal Rule 12(b)(6) and dismissed with prejudice the patent infringement complaint filed by Amgen Inc. and Amgen Manufacturing Limited ("Amgen") alleging infringement of U.S. Patent No. 8,273,707;

WHEREAS the Court's Memorandum Order (D.I. 72) denied Amgen's request for leave to amend;

IT IS HEREBY ORDERED by the Court as follows:

1. For the reasons stated in the Court's Memorandum Order (D.I. 72) and Magistrate Judge Burke's Report & Recommendation (D.I. 50), final judgment is entered against Amgen on all claims in the Complaint and this case is dismissed with prejudice;

2. Amgen's request for leave to amend is denied;

3. Amgen takes nothing by its claim for infringement of the '707 patent; and

4. Any request for attorneys' fees and/or costs shall be deferred until after the final resolution of the appeal of this action.

Dated: April 16, 2018

**APPROVED AS TO FORM;**

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
MORRIS NICHOLS, ARSHT & TUNNELL LLC
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*
*Amgen Inc. and Amgen*
*Manufacturing Limited*

*/s/ Kenneth L. Dorsney*
Richard K. Herrmann (#405)
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
kdorsney@morrisjames.com

*Attorneys for Defendant*
*Coherus BioSciences, Inc.*

OF COUNSEL:  
Nicholas Groombridge  
Jennifer H. Wu  
Jennifer Gordon  
Peter Sandel  
Stephen Maniscalco  
Jacob T. Whitt  
Golda Lai  
PAUL, WEISS, RIFKIND, WHARTON  
& GARRISON LLP  
1285 Avenue of the Americas  
New York, NY 10019  
(212) 373-3000  

Wendy A. Whiteford  
Lois Kwasigroch  
Kimberlin Morley  
AMGEN INC.  
One Amgen Center Drive  
Thousand Oaks, CA 91320-1789  
(805) 447-1000  

OF COUNSEL:  
Bradford P. Lyerla  
Louis E. Fogel  
JENNER & BLOCK LLP  
353 N. Clark Street  
Chicago, IL 60654  
(312) 222-9350  

IT IS SO ORDERED, this 18th day of April, 2018.

_____  
United States District Court Chief Judge

3